UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-20571-CIV-COOKE/TURNOFF

ASDRUBAL ACOSTA,
LEONARO A. MARTINEZ,

    Plaintiff,

vs.

JOE'S MOVING AND STORAGE, INC.,
JOSE BALUJA SR. and JOSE BALUJA, JR.,

    Defendants.
_____/

## DEFENDANTS NOTICE OF DEPOSITIONS

Please take notice that under Federal Rule of Civil Procedure 30 Defendants, Joe's Moving and Storage, Inc., Jose M. Baluja, and Jose L. Baluja, will take the oral deposition of witness Michael Pauley at **Paul F. Penichet, P.A., 9655 South Dixie Highway, Suite 310, Miami, FL 33156** on November 3, 2014 commencing at 12:00 p.m.

The deposition will be recorded stenographically. The stenographic recording will be taken before a notary public or officer authorized by law to take depositions in the State of Florida.

                PENICHET LAW
                Counsel for Defendants
                9655 So. Dixie Highway
                Suite 310
                Miami, FL 33156
                Tel: (305) 373-8809

    BY:    s/ Paul F. Penichet
                Paul F. Penichet
                FBN: 899380
                paul@penichetlaw.com

EXHIBIT 1

## CERTIFICATE OF SERVICE

**I hereby certify** that a true and correct copy of the foregoing was served via email on October 17, 2014 on all counsel or parties of record on the Service List below.

        By:   /s/ Paul F. Penichet
              Paul F. Penichet
              FBN: 0899380

              Zandro E. Palma, Esq.
              The Law Offices of Zandro E. Palma, P.A.
              3100 S. Dixie Highway
              Suite 202
              Miami, FL 33133
              Tel: (305) 446-1500
              Fax: (305) 446-1502
              zep@thepalmalawgroup.com

AO 88A (Rev. 02/14) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| Asdrubal Acosta, Leonardo Martinez<br>*Plaintiff*<br>v.<br>Joe's Moving and Storage, Inc., et al<br>*Defendant* | )<br>)<br>)  Civil Action No. 14-20571-CIV-COOKE<br>)<br>)<br>) |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To: Michael Pauley, 4285 Refletion Blvd # 102, Sunrise, FL 33351.

*(Name of person to whom this subpoena is directed)*

☑ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: Penichet Law<br>9655 So. Dixie Highway, Suite 310<br>Miami, FL 33156 | Date and Time:<br>11/03/2014 12:00 pm |
|---|---|

The deposition will be recorded by this method: stenographically recorded

☑ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material: All documents you have provided to Asdrubal Acosta, Leonardo Martinez or their counsel, and any written statement you have provided to any of them.

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 10/17/2014

CLERK OF COURT

OR _____
*Signature of Clerk or Deputy Clerk*        *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____
Joe's Moving and Storage, Inc., et al _____, who issues or requests this subpoena, are:
Paul F. Penichet, Esq., 9655 South Dixie Highway, Suite 310, Miami, FL 33156, paul@penichetlaw.com, 305-373-8809

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

# RETURN OF SERVICE

**State of Florida**  **County of Miami Dade**  **District Court**

Case Number: 14-20571-CIV-COOKE

Plaintiff:
**Asdrubal Acosta, Leonardo Martinez**

vs.

Defendant:
**Joe's Moving and Storage, Inc., et al**

For:
Paul Penichet
9655 South Dixie Highway
Suite 310
Miami, FL 33156

Received by Prestige Process on the 27th day of October, 2014 at 8:26 am to be served on **Michael Pauley, 4285 Reflection Blvd, # 102, Sunrise, FL 33351.**

I, Roy Bates, do hereby affirm that on the **28th day of October, 2014 at 8:21 pm, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Defendants Notice of Deposition, and Subpoena to Testify at a deposition in a civil action** with the date and hour of service endorsed thereon by me, to: **Michael Pauley** at the address of: **4285 Reflection Blvd, # 102, Sunrise, FL 33351,** and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Marital Status:** Based upon inquiry of party served, Defendant is not married.

**Description** of Person Served: Age: 45, Sex: M, Race/Skin Color: Hispanic, Height: 5'11, Weight: 170, Hair: Brown, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Roy Bates
CPS # 1383

Prestige Process
17620 NE 2nd Court
North Miami Beach, FL 33162
(305) 490-4346

Our Job Serial Number: PPJ-2014000051

Copyright © 1992-2013 Database Services, Inc. - Process Server's Toolbox V7.0r