UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-20571-CIV-COOKE/TURNOFF

ASDRUBAL ACOSTA,
LEONARO A. MARTINEZ,

    Plaintiff,

vs.

JOE'S MOVING AND STORAGE, INC.,
JOSE BALUJA SR. and JOSE BALUJA, JR.,

    Defendants.
_____/

## DEFENDANTS NOTICE OF DEPOSITIONS

Please take notice that under Federal Rule of Civil Procedure 30 Defendants, Joe's Moving and Storage, Inc., Jose M. Baluja, and Jose L. Baluja, will take the oral deposition of witness Alfredo Alvarado at **Paul F. Penichet, P.A., 9655 South Dixie Highway, Suite 310, Miami, FL 33156** on November 3, 2014 commencing at 10:00 a.m.

The deposition will be recorded stenographically. The stenographic recording will be taken before a notary public or officer authorized by law to take depositions in the State of Florida.

                        PENICHET LAW
                        Counsel for Defendants
                        9655 So. Dixie Highway
                        Suite 310
                        Miami, FL 33156
                        Tel: (305) 373-8809

          BY:    s/ Paul F. Penichet
                    Paul F. Penichet
                    FBN: 899380
                    paul@penichetlaw.com

EXHIBIT 2

## CERTIFICATE OF SERVICE

**I hereby certify** that a true and correct copy of the foregoing was served via email on October 17, 2014 on all counsel or parties of record on the Service List below.

By:  /s/ Paul F. Penichet
Paul F. Penichet
FBN: 0899380

Zandro E. Palma, Esq.
The Law Offices of Zandro E. Palma, P.A.
3100 S. Dixie Highway
Suite 202
Miami, FL 33133
Tel: (305) 446-1500
Fax: (305) 446-1502
zep@thepalmalawgroup.com

AO 88A (Rev. 02/14) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| Asdrubal Acosta, Leonardo Martinez | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 14-20571-CIV-COOKE |
| Joe's Moving and Storage, Inc., et al | ) |
| *Defendant* | ) |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To: Alfredo Alvarado, 2141 NW 64th Avenue, Apt 17, Miami, FL 33313

*(Name of person to whom this subpoena is directed)*

☒ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: Penichet Law<br>9655 So. Dixie Highway, Suite 310<br>Miami, FL 33156 | Date and Time:<br>11/03/2014 10:00 am |
|---|---|

The deposition will be recorded by this method: Stenographically recorded

☒ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material: All documents you have provided to Asdrubal Acosta, Leonardo Martinez or their counsel, and any written statement you have provided to any of them.

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 10/17/2014

CLERK OF COURT

_____     OR     _____
Signature of Clerk or Deputy Clerk                Attorney's signature

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Joe's Moving and Storage, Inc., et al , who issues or requests this subpoena, are:
Paul F. Penichet, Esq., 9655 South Dixie Highway, Suite 310, Miami, FL 33156, paul@penichetlaw.com, 305-373-8809

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

# RETURN OF SERVICE

**State of Florida**         **County of Miami Dade**         **District Court**

Case Number: 14-20571-CIV-COOKE

Plaintiff:
**Asdrubal Acosta, Leonardo Martinez**

vs.

Defendant:
**Joe's Moving and Storage, Inc., et al**

For:
Paul Penichet
9655 South Dixie Highway
Suite 310
Miami, FL 33156

Received by Prestige Process on the 27th day of October, 2014 at 8:26 am to be served on **Alfredo Alvarado, 2141 Nw 64th Avenue, Apt 17, Miami, FL 33313.**

I, Roy Bates, do hereby affirm that on the **30th day of October, 2014 at 8:54 am, I:**

**SUBSTITUTE** served by delivering a true copy of the **Defendants Notice of Deposition, and Subpoena to Testify at a deposition in a civil action** with the date and hour of service endorsed thereon by me, to: Gaudy Alvarado as Co-Resident at the address of: **2141 Nw 64th Avenue, Apt 17, Sunrise, FL 33313,** the within named person's usual place of **Abode,** who resides therein, who is fifteen (15) years of age or older and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Marital Status:** Based upon inquiry of party served, Defendant is married.

**Additional Information pertaining to this Service:**
10/28/2014  8:00 am  Attempted
10/28 @ 7:50 am
No such address, no county records either
10/30/2014  9:00 am  Special features... looks pregnant.

**Description** of Person Served: Age: 25, Sex: F, Race/Skin Color: Hispanic, Height: 5"3, Weight: 160, Hair: Breown, Glasses: N

## RETURN OF SERVICE For 14-20571-CIV-COOKE

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

_____
**Roy Bates**
CPS # 1383

**Prestige Process**
17620 NE 2nd Court
North Miami Beach, FL 33162
(305) 490-4346

Our Job Serial Number: PPJ-2014000050

Copyright © 1992-2013 Database Services, Inc. - Process Server's Toolbox V7.0r